TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00238-CV







Mary Laverne Smith


v.



David Dillard Grayson







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT


NO. D-1-FM-09-004132, HONORABLE JEFF L. ROSE, JUDGE PRESIDING 






O R D E R



PER CURIAM


 The mandate in this cause issued by this Court on July 20, 2012, is hereby
withdrawn.

 It is so ordered August 3, 2012.



Before Justices Puryear, Henson and Goodwin